
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTINA T. JOHNSON,

    Plaintiff,

    v.

TACOMA SCHOOL DISTRICT,

    Defendant.

Case No. C06-5582FDB

ORDER DENYING APPLICATIONS TO PROCEED *IN FORMA PAUPERIS* AND FOR COURT-APPOINTED COUNSEL

    Plaintiff seeks to pursue an employment discrimination complaint *in forma pauperis* and with appointed counsel following the EEOC's dismissal and notice of rights. Plaintiff asserts discrimination based on race and religion stemming from false allegations of child abuse, false allegations of using profanity in the classroom, among other things. Plaintiff also claims retaliation and harassment because of filing a discrimination complaint. Plaintiff is currently employed.

    Having reviewed the applications filed by Plaintiff, the Court concludes that it is not unreasonable to require Plaintiff to pay the filing fee. The Court also declines to appoint counsel in this matter. NOW, THEREFORE,

    IT IS ORDERED: Plaintiff's Applications to Proceed *in forma pauperis* [Dkt. # 1] and for Court-appointed counsel [Dkt. # 2] are DENIED.

    DATED this 26th day of October, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1