UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTINA T. JOHNSON,

    Plaintiff,

  v.

TACOMA SCHOOL DISTRICT,

    Defendant.

Case No. C06-5582FDB

ORDER OF DISMISSAL

Plaintiff was denied leave to proceed *in forma pauperis* and for court-appointed counsel. The filing fee was due November 27, 2006, otherwise this matter would be dismissed. The filing fee has not been paid. ACCORDINGLY,

IT IS ORDERED: This cause of action is DISMISSED.

DATED this 29th day of November, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1